AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

0 7 ⁻ 4 9 3 ⁻

_STATE of Delaware_

Plaintiff

V.

_Raymond O. Demby Jr._

Defendant(s)

# APPLICATION TO PROCEED
## WITHOUT PREPAYMENT OF
## FEES AND AFFIDAVIT

CASE NUMBER: 東 $Cr. ID N6. 951/007572$

I, _Raymond O. Dexuby Jr._                    declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant            • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under
28 USC §1915,  I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

AUG − 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     ( Yes )    • •No     (If "No" go to Question 2)

    If "YES" state the place of your incarceration _DCC Smyrna, Delaware 19977_

    **Inmate Identification Number (Required):** _210628_

    Are you employed at the institution? _N0_  Do you receive any payment from the institution? _N0_

    _Attach a ledger sheet from the institution of your incarceration showing at least the past six months'
    transactions_

2.  Are you currently employed?    • •Yes       ( No )

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a
        and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home
        salary or wages and pay period and the name and address of your last employer.
        2000  $60.00 a month  then many brandee Hill Prison

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | |
    |---|---|---|
    | a.  Business, profession or other self-employment | \ • • Yes | • • No |
    | b.  Rent payments, interest or dividends | • • Yes | • • No |
    | c.  Pensions, annuities or life insurance payments | • • Yes | • • No |
    | d.  Disability or workers compensation payments | • • Yes | • • No |
    | e.  Gifts or inheritances | ( Yes ) | • • No |
    | f.  Any other sources | • • Yes | • • No |

    If the answer to any of the above is "YES" describe each source of money and state the amount
    received *AND* what you expect you will continue to receive.    Gift from sister about
    $150.00

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?         · · Yes      ·No

      If "Yes" state the total amount $_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

                                                                     · · Yes      · ·No

      If "Yes" describe the property and state its value.

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

      NONE

      I declare under penalty of perjury that the above information is true and correct.

4/25/07
/ DATE                                      SIGNATURE OF APPLICANT

**NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

FM: Mr. Raymond Demby
SBI# 210628    UNIT: D/E
DELAWARE CORR[...]
1181 P[...]
SMY[...] DELAWARE 19977

Legal Mail

c/o Mr Peter T. Dalleo
Clerk Of Court
United States District Court
844 King Street    LockBox 18
U.S. Courthouse
Wilmington, Delaware
19801

LEGAL Mail

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

≥ 0 7 ‾ 4 9 3 ‾

AKA Raymord Dembey

TO: Raheem Love    SBI#: 210608

FROM:    Stacy Shane, Support Services Secretary

RE:    **6 Months Account Statement**

DATE:    July 17, 2007

---

Attached are copies of your inmate account statement for the months of
January 1, 2007 to June 30, 2007.

The following indicates the average daily balances.

| **MONTH** | **AVERAGE DAILY BALANCE** |
|---|---|
| Jan | 7.97 |
| Feb | 0 |
| March | 0 |
| Apul | 20.37 |
| May | 46.10 |
| Jun | .34 |

Average daily balances/6 months:    10.46

Attachments
CC:    File

Stacy Shane
7/17/07

Janette L Naw
7/17/07

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX-MONTH PERIOD

TO:    Mrs. Tonya Smith
       Support Services Manager
       Delaware Correctional Center
       Smyrna, Delaware  19977

DATE: 7/27/07

FROM:    Raymond Dembry
         Inmate Name    (Please Print Name)

210628
SBI #

--- I HEREBY CERTIFY ---

Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2),
Effective April 26, 1996, I am requesting a certified Statement of my Institution Trust
Fund Account for the previous six-month period. Please forward same to me.

Signature

(28 U.S.C. 1746 and 18 U.S.C. 1621)