AO 241
(Rev. 12/04)

Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

07 493

| United States District Court | District: |
|---|---|

| Name (under which you were convicted): Rkymon Do, Demby Jr | Docket or Case No.: CR. ID No. 951/007572 |
|---|---|

| Place of Confinement: DCC Smyrena, Delaware 19977 | Prisoner No.: 210628 |
|---|---|

| Petitioner (include the name under which you were convicted) Raymond O. Douby Jr. | Respondent (authorized person having custody of petitioner) v. THomas Corroll |
|---|---|

| The Attorney General of the State of : BEAU Biden |
|---|

FILED

AUG - 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    Superior Court Kent County Dover, Del. 19901

    (b) Criminal docket or case number (if you know): CR. ID No 951100 7512

2.  (a) Date of the judgment of conviction (if you know): 3/11/96

    (b) Date of sentencing: 5/9/96

3.  Length of sentence: 30yrs. suspended after 15 mandatory

4.  In this case, were you convicted on more than one count or of more than one crime?    ☐ Yes    ☑ No

5.  Identify all crimes of which you were convicted and sentenced in this case:
    Delivery of cocaine.

6.  (a) What was your plea? (Check one)

    ☐ (1) ☑ Not guilty        ☐ (3)    Nolo contendere (no contest)

    ☐ (2)    Guilty            ☐ (4)    Insanity plea

AO 241
(Rev. 12/04)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to?

N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes    ☐ No

8. Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court:  Superior Court

(b) Docket or case number (if you know): Cr. I.D. No. 9511007512

(c) Result:  Don't Know

(d) Date of result (if you know): Don't Know

(e) Citation to the case (if you know): Don't Know my Public Defender did the
work.

(f) Grounds raised:

(g) Did you seek further review by a higher state court?    ☑ Yes    ☐ No

If yes, answer the following:

(1) Name of court:  Post Convict

(2) Docket or case number (if you know): Don't Know

(3) Result: Denied

(4) Date of result (if you know): Don't Know

AO 241<br>(Rev. 12/04)

(5) Citation to the case (if you know):  Don't Know

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☐ No

If yes, answer the following:

(1) Docket or case number (if you know):  Don't Know

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☑ Yes  ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court:  Superior Court

(2) Docket or case number (if you know):  Cr. ID No 9511607512

(3) Date of filing (if you know):  Don't Know

(4) Nature of the proceeding:  Illegal Sentencing

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result:  Denied

(8) Date of result (if you know):  Don't Remember

AO 241
(Rev. 12/04)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:  Supreion Court

(2) Docket or case number (if you know):  Cr. ID No. 9511007512

(3) Date of filing (if you know):  Don't Know.

(4) Nature of the proceeding:  Rule 35

(5) Grounds raised:  Illegal Sentence

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐  Yes    ☑ No

(7) Result:  Denied

(8) Date of result (if you know):  Don't Know

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:  Supreme Court

(2) Docket or case number (if you know):  Cr ID. No 9511007512

(3) Date of filing (if you know):  Don't Know

(4) Nature of the proceeding:  Rule 35

(5) Grounds raised:  Illegal Sentencing

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result:  *Denied*

(8) Date of result (if you know):  *Don't Know*

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:     ☐ Yes    ☐ No

(2) Second petition:   ☐ Yes    ☐ No

(3) Third petition:    ☑ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.     For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**
*Illegal Sentence*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*I was indicted and convicted at trial under one statute, But sentence to another statute*

(b) If you did not exhaust your state remedies on Ground One, explain why:

🖎 AO 241
(Rev. 12/04)

Page 7

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

I Didn't Know and my Public Defender Never challenged

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?      ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?      ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241
(Rev. 12/04)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:   I filed all the way To Supreme Court on an Enbanc

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Two, explain why:

N/A

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☐  Yes        ☐  No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐    Yes        ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?        ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?      ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

$N/A$

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you : have used to exhaust your state remedies on Ground Two

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

$N/A$

AO 241
(Rev. 12/04)

(b) If you did not exhaust your state remedies on Ground Three, explain why?

N/A

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❏ Yes     ❏ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏ Yes     ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

N/A

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion or petition?     ❏ Yes     ❏ No

(4) Did you appeal from the denial of your motion or petition?     ❏ Yes     ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ❏ Yes     ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

✎AO 241
(Rev. 12/04)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

$N/A$

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
        have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**

$N/A$

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

$N/A$

(b) If you did not exhaust your state remedies on Ground Four, explain why:

$N/A$

(c)     **Direct Appeal of Ground Four:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?        ☐  Yes      ☐  No

        (2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings**:

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

            ☐   Yes      ☐  No

        (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition:

AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):            N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?                     ☐ Yes      ☐ No

(4) Did you appeal from the denial of your motion or petition?                ☐ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):            N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
         have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 12/04)

Page 13

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    ☑ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

AO 241
(Rev. 12/04)

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the
     judgment you are challenging:

     (a) At preliminary hearing:

     (b) At arraignment and plea:          SANDRA DENMAN

                                           Public Deffenders Office

     (c) At trial:                         Dover, DE.

     (d) At sentencing:

     (e) On appeal:

     (f) In any post-conviction proceeding:  N/A

     (g) On appeal from any ruling against you in a post-conviction proceeding:  N/A

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are
     challenging?          ☐ Yes     ☑ No

     (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

     (b) Give the date the other sentence was imposed:

     (c) Give the length of the other sentence:                  N/A

     (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
     future?               ☐ Yes     ☐ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
     the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 12/04)

Under Rule 35 of an Illegal sentence
there's no limitation

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.    § 2244(d) provides in

part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration
of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of
the Constitution or laws of the United States is removed, if the applicant was prevented from
filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme
Court, if the right has been newly recognized by the Supreme Court and made retroactively
applicable to cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.

AO 241
(Rev. 12/04)                                                                                      Page 16

(2)    The time during which a properly filed application for State post-conviction or other collateral review
       with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
       limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:


or any other relief to which petitioner may be entitled.




_____

Signature of Attorney (if any)



I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).



Executed (signed) on _____ (date).




_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.




IN FORMA PAUPERIS DECLARATION


_____

[insert appropriate court]

* * * * *