# 07-493-

Dear Mr. Peter T. Dalleo,    8/9/07

How are you doing? It's been a long time. I thought you retired or something. You probably don't remember me, but you helped me with my case. Back in 2001 but I was mis-informed how to do the legal work, so the memorandum you sent to me, to give the courts to correct my sentence never got to the court. Because the Attorney General had all my paperwork and the courts never responded to the state's response. Because they had no paper work. Any I hope and pray you are fine. Also can you please handle whomever suppose to get a copy of this motion. Because the copier is broken in the law library, and I am not sure how go about this without missing my deadline. Thank you very much

Sincerely Yours





FILED
AUG -9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned